ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS 2011 OCT 19 PM 4: 39
AMARILLO DIVISION

DEPUTY CLERK _____ C.D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **2 - 1.1. C R - 0 5. 5 - J** |
| | § | |
| ALI REZA SHAHSAVARI (1) | § | |

INDICTMENT

The Grand Jury charges:

Count One
Interference with Flight Crew
(Violation of 49 U.S.C. § 46504)

On or about October 18, 2011, in the Amarillo Division of the Northern District of Texas, and elsewhere, the defendant, **Ali Reza Shahsavari**, on an aircraft in the special aircraft jurisdiction of the United States, namely Southwest Airlines Flight 3683 departing Los Angeles, California, with a final destination of Orlando, Florida, did knowingly interfere and attempt to interfere with the performance of the duties of a flight crew member and flight attendant of the aircraft, and lessen the ability of the member and attendant to perform those duties, by assaulting and intimidating the flight attendant and flight crew member, specifically, while the flight was in progress the defendant was disruptive, screaming profanities, and entering and damaging the lavatory of the aircraft.

In violation of 49 U.S.C. § 46504.

A TRUE BILL:

FOREMAN

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

CHRISTY L. DRAKE
Assistant United States Attorney
Texas State Bar No. 06104500
500 South Taylor, Suite 300, Box 238
Amarillo, Texas  79101
Telephone:     806.324.2356
Facsimile:     806.324.2399
E-mail:        christy.drake@usdoj.gov

**Indictment – Page 2**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

---

## THE UNITED STATES OF AMERICA

v.

## ALI REZA SHAHSAVARI (1)

---

### INDICTMENT

49 U.S.C. § 46504
Interference With Flight Crew

(1 Count)

---

A true bill rendered:

----------------------------------------

LUBBOCK

Filed in open court this 14th day of October, A.D. 2011.

----------------------------------------

Clerk

Warrant to issue for Defendant.

----------------------------------------

NO PENDING CRIMINAL COMPLAINT

UNITED STATES MAGISTRATE JUDGE

**Indictment Cover – Page 2**
d/criminal/indictment/cd/shahsavariICO.wpd

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number __N/A_____

R 20 from District of ____N/A_____

Magistrate Case Number __N/A_____

1.  **Defendant Information**

    Juvenile: ☐ Yes ☒ No

    If Yes, Matter to be sealed:

    ☐ Yes ☐ No

    _ Summons  X Warrant  __ In Custody

    Defendant Name    Ali Reza Shahsavari (1)

    Alias Name    _____

    Address

    County in which offense was committed:    Potter

    **2-1.1 CR-0 5.5-J**

2.  **U.S. Attorney Information**

    AUSA    Christy Drake    Bar # 06104500

3.  **Interpreter**

    ☐ Yes ☒ No    If Yes, list language and/or dialect:

4.  **Location Status**

    Arrest Date

    ☐ Already in Federal Custody as of _____ in _____
    ☐ Already in State Custody
    ☐ On Pretrial Release

5.  **U.S.C. Citations**

    Total # of Counts as to This Defendant:    1    ☐ Petty  ☐ Misdemeanor  ☒ Felony

    | Citation | Description of Offense Charged | Count(s) |
    |---|---|---|
    | 49 USC § 46504 | Interference With Flight Crew | 1 |

    (May be continued on reverse)

Date    10-19-11    Signature of AUSA: _____